Rose Lombardo, Respondent, v. John Granito, Doing Business as Dixie Flower Shop, Appellant.—

930

Present — Bergan, J. P., Coon, Halpern, Imrie and Zeller, JJ.